**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE WESTERN DISTRICT OF PENNSYLVANIA</u>**

IN RE: Keith A. Bartlett — CHAPTER 13
Brianna L. Bartlett
Debtor(s) — BKY. NO. 26-10481 JCM

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
23 Sep 2026, 09:43:41, EDT

Matthew Fissel, Esq. (314567)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com